IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

        Plaintiff,                    No. CIV S-05-2503 DFL KJM P

   vs.

D.L. RUNNELS, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed September 28, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint.[1]

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

---

[1] On October 13, 2006, plaintiff filed a letter in which plaintiff asserts that he has no objection to the dismissal of this action. Plaintiff also asserts that he commenced another action in this court (CIV S-06-1928 LKK KJM P) on August 28, 2006 that is similar to this one. Plaintiff asks that as an alternative to dismissal, his two actions be consolidated. However, with respect to this action, there is nothing to consolidate because there is no operative complaint on file.

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

6  DATED:  November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

1
bach2503.fta