1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD C. BACHMAN,

11          Plaintiff,                    No. CIV S-05-2503 DFL KJM P

12       vs.

13   D.L. RUNNELS, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff has requested an extension of time to file a fourth amended complaint

17   pursuant to the court's order of September 28, 2006.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19          1.  The November 6, 2006 findings and recommendations are hereby vacated;

20          2.  Plaintiff's November 6, 2006 motion for an extension of time is granted; and

21          3.  Plaintiff is granted thirty days from the date of this order in which to file an

22   amended complaint.

23   DATED:  November 14, 2006.

24                                                  _____

                                                   U.S. MAGISTRATE JUDGE
25

26   1/mp
     bach2503.36