1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD C. BACHMAN,

11            Plaintiff,                    No. CIV S-05-2503 DFL KJM P

12       vs.

13   D.L. RUNNELS, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed September 28, 2006, plaintiff's was granted

18   leave to file a fourth amended complaint.  Plaintiff filed his fourth amended complaint on

19   November 20, 2006.[1]

20            The fourth amended complaint states cognizable Eighth Amendment claims

21   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Bolls and Norlan.

22   Therefore, the court will order service of process upon these defendants.  With respect to the

23   other claims and defendants identified in plaintiff's fourth amended complaint, plaintiff's fourth

24   amended complaint fails to state a claim upon which relief can be granted.

25   _____

26        [1]  Plaintiff titled his complaint "third amended complaint."

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:  Bolls and Norlan.

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the fourth amended complaint filed November 20, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a. The completed Notice of Submission of Documents;

b. One completed summons;

c. One completed USM-285 form for each defendant listed in number 1 above; and

d. Three copies of the endorsed fourth amended complaint filed November 20, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  May 1, 2007.

U.S. MAGISTRATE JUDGE

1
bach2502.1(11.20.06)

2

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD C. BACHMAN,

11          Plaintiff,                    No. CIV S-05-2503 DFL KJM P

12      vs.

13   D.L. RUNNELS, et al.,                NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____          completed summons form

19          _____          completed USM-285 forms

20          _____          copies of the _____
                                           Fourth Amended Complaint
21   DATED:

22

23                                   _____
                                       Plaintiff
24

25

26