IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD C. BACHMAN,** | Case Number: 2:05-2503 DFL KJM P |
| Plaintiff, | **ORDER** |
| v. | **GRANTING DEFENDANT NORLIN'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

Defendant's request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Norlin has up to and including August 22, 2007, to file a responsive pleading.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE