IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

        Plaintiff,                  No. CIV S-05-2503 RRB KJM P

    vs.

D.L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On August 22, 2007, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to defendants' August 22, 2007 motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bach2503.46osc