IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

    Plaintiff,                    No. CIV S-05-2503 DFL KJM P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On May 21, 2007 and July 19, 2007 plaintiff filed documents which the court construes as request for reconsideration of the magistrate judge's screening order filed May 2, 2007. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 2, 2007, is affirmed.

DATED: 03/31/2008

                                         /s/ Ralph R. Beistline
                                         UNITED STATES DISTRICT JUDGE

bach2503.850