IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD BACHMAN,

      Plaintiff,                    No. CIV S-05-2503 RRB KJM P

    vs.

D.L. RUNNELS, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 11, 2008, are adopted in full; and

2. This action is dismissed for plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f), 83-183(b) and 11-110.

DATED: 03/31/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

bach2503.801